UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,             Criminal No. 10-47 (1) (RHK/RLE)

        Plaintiff,                         **ORDER**

v.

Ryan Roy Cloud,

        Defendant.

Before the Court are Defendant's Objections to the April 19, 2010 Report and Recommendation of Chief Magistrate Judge Raymond L. Erickson; Judge Erickson has recommended the denial of Defendant's Motion to Suppress Evidence.

The undersigned has conducted the required de novo review of the Report and Recommendation and Defendant's Objections thereto—that review included written submissions of the parties and an examination of the transcript of the March 29, 2010 hearing before Judge Erickson. Based thereon, it is clear that Judge Erickson's recommended disposition is fully supported by the record before him and by controlling legal principles.

Accordingly, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant's Objections (Doc. No. 38) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 37) is **ADOPTED**; and

3. The Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 31) is **DENIED**.

Dated: June 4, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge